# EXHIBIT A

Stecklein & Rapp, Chartered
748 Ann Avenue
Kansas City, Kansas 66101



CERTIFIED MAIL

7015 0640 0006 6275 8045



KANSAS CITY

$6.67
US POSTAGE
FIRST-CLASS
062S0009524396
FROM 64111

Experian Information Solutions, Inc.
RA: The Corporation Company, Inc.
112 SW Seventh Street, Suite 3C
Topeka, Kansas 66603

66603-381375

Kristi Killman

vs.

Experian Information Solutions Inc.

**ELECTRONICALLY FILED**
2016 Dec 27 AM 10:33
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2016-LM-006046

Division: 34

**SUMMONS**

To the above-named Defendant/Respondent:

**Experian Information Solutions Inc**
**RA: THE CORPORATION COMPANY, INC.**
**112 S.W. SEVENTH ST. STE. 3C**
**Topeka, KS 66603**

You are hereby notified that a lawsuit commenced against you will be on this court's docket at 09:00 AM, on 01/23/2017, to be held at the following location:

Wyandotte County District Court
Wyandotte County District Court
710 N. 7th St.
Kansas City, KS 66101

If you do not appear before this court or file an answer at such time, judgment by default will be taken against you for the relief demanded in the petition.

If you intend to appear at such time and dispute the petition, you must file an answer with the clerk of this court within 14 days thereafter.

If you are not represented by an attorney, the answer shall be signed by you. The answer shall state the following:

(1) what the dispute is;
(2) any affirmative defenses you have to the claim; and
(3) your (or your attorney's) current address, phone number, fax phone number, and e-mail address.

You must also promptly send a copy of your answer to the plaintiff's attorney or the plaintiff, if the plaintiff has no attorney.



Clerk of the District Court
Electronically signed on 12/27/2016 01:47:01 PM

**Documents to be served with the Summons:**
PLE: Petition Petition

Kristi Killman
vs.
Experian Information Solutions Inc.

**ELECTRONICALLY FILED**
2016 Dec 27 AM 10:33
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2016-LM-006046

Division: 34

**SUMMONS**

To the above-named Defendant/Respondent:

> Experian Information Solutions Inc
> RA: THE CORPORATION COMPANY, INC.
> 112 S.W. SEVENTH ST. STE. 3C
> Topeka, KS 66603

You are hereby notified that a lawsuit commenced against you will be on this court's docket at 09:00 AM, on 01/23/2017, to be held at the following location:

> Wyandotte County District Court
> Wyandotte County District Court
> 710 N. 7th St.
> Kansas City, KS 66101

If you do not appear before this court or file an answer at such time, judgment by default will be taken against you for the relief demanded in the petition.

If you intend to appear at such time and dispute the petition, you must file an answer with the clerk of this court within 14 days thereafter.

If you are not represented by an attorney, the answer shall be signed by you. The answer shall state the following:

(1) what the dispute is;
(2) any affirmative defenses you have to the claim; and
(3) your (or your attorney's) current address, phone number, fax phone number, and e-mail address.

You must also promptly send a copy of your answer to the plaintiff's attorney or the plaintiff, if the plaintiff has no attorney.



Clerk of the District Court
Electronically signed on 12/27/2016 01:47:01 PM

Documents to be served with the Summons:
PLE: Petition Petition

Kristi Killman

vs.

Experian Information Solutions Inc.

ELECTRONICALLY FILED
2016 Dec 27 AM 10:33
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2016-LM-006046

Division: 34

## SUMMONS

To the above-named Defendant/Respondent:

> Experian Information Solutions Inc
> RA: THE CORPORATION COMPANY, INC.
> 112 S.W. SEVENTH ST. STE. 3C
> Topeka, KS 66603

You are hereby notified that a lawsuit commenced against you will be on this court's docket at 09:00 AM, on 01/23/2017, to be held at the following location:

> Wyandotte County District Court
> Wyandotte County District Court
> 710 N. 7th St.
> Kansas City, KS 66101

If you do not appear before this court or file an answer at such time, judgment by default will be taken against you for the relief demanded in the petition.

If you intend to appear at such time and dispute the petition, you must file an answer with the clerk of this court within 14 days thereafter.

If you are not represented by an attorney, the answer shall be signed by you. The answer shall state the following:

(1) what the dispute is;
(2) any affirmative defenses you have to the claim; and
(3) your (or your attorney's) current address, phone number, fax phone number, and e-mail address.

You must also promptly send a copy of your answer to the plaintiff's attorney or the plaintiff, if the plaintiff has no attorney.

*[signature: Kathleen Carlin]*

Clerk of the District Court
Electronically signed on 12/27/2016 01:47:01 PM

Documents to be served with the Summons:
PLE: Petition Petition

ELECTRONICALLY FILED
2016 Dec 27 AM 10:33
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2016-LM-006046

**In the District Court of Wyandotte County, Kansas**
**Limited Actions Division**

| | |
|---|---|
| KRISTI L. KILLMAN, <br><br> Plaintiff, <br><br> vs. <br><br> EXPERIAN INFORMATION SOLUTIONS INC., <br><br> Defendant. | Case Number: 2016-LM-006046 <br><br> Division: 34 |

## PETITION

COMES NOW Plaintiff, by and through counsel, and for Plaintiff's causes of action against Defendant states as follows:

1. This is an action for damages brought by an individual consumer against the Defendant for violations of the Fair Credit Reporting Act (hereafter FCRA) 15 U.S.C. §1681 et seq.

2. Jurisdiction of this Court arises under 15 U.S.C. §1681p and 28 U.S.C. §1331.

3. Venue lies properly in this district pursuant to 28 U.S.C. §1391(b).

4. Plaintiff is a resident of Kansas.

5. Defendant Experian Information Solutions Inc. is a Delaware corporation.

6. At all times relevant hereto, Defendant Experian was and is engaged in the

business of credit reporting, all within Kansas.

7. Defendant is reporting accounts as due and owing on Plaintiff's credit report.

8. The reporting of the accounts as due and owing is false.

9. The accounts were included in a bankruptcy, case number 16-21737, filed in the District of Kansas.

10. Plaintiff received a discharge on December 8, 2016.

11. Defendant reported the discharge, but failed to have reasonable procedures to assure accurate and consistent reporting within the credit report.

12. Defendant has no reasonable means of monitoring or updating accounts once they are discharged in bankruptcy.

13. The credit reports still show the discharged accounts as owing and able to be enforced and collected.

14. Defendant has been reporting and reinserting derogatory and inaccurate statements and information relating to Plaintiff and Plaintiff's credit history to third parties (hereafter the "inaccurate information").

15. The inaccurate information negatively reflects upon the Plaintiff, Plaintiff's credit repayment history, and Plaintiff's financial responsibility as a debtor and s credit worthiness.

## Count I – Violations of the FCRA

Comes now Plaintiff and for Count I against the Defendant state and alleges to the Court as follows:

16. Plaintiff incorporates the foregoing paragraphs as though the same were set

forth at length herein.

17. At all times pertinent hereto, Experian regularly engaged in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties, and which uses any means or facility of interstate commerce for the purpose of preparing or furnishing consumer reports.

18. At all times pertinent hereto, the Plaintiff Kristi L. Killman is a "consumer" as that term is defined by 15 U.S.C. §1681a(c).

19. At all times pertinent hereto, the above-mentioned credit reports were written, oral, or other communication of any information by a consumer reporting agency bearing on a consumer's credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living which is used or expected to be used or collected in whole or in part for the purpose of serving as a factor in establishing the consumer's eligibility for credit or insurance to be used primarily for personal, family, or household purposes; employment purposes; or any other purpose authorized under 15 U.S.C. 1681b.

20. Pursuant to 15 U.S.C. §1681n and 15 U.S.C. §1681o, Defendant is liable to the Plaintiff for willfully and negligently failing to comply with the requirements imposed on consumer reporting agencies of information pursuant to 15 U.S.C. §1681e(b) in assuring reasonable procedures to assure maximum possible accuracy to prevent such reporting of inaccurate information in Plaintiff's reports.

21. The conduct of Defendant's was a direct and proximate cause, as well as a substantial

factor, in bringing about the serious injuries, actual damages and harm to the Plaintiff that are outlined more fully above and, as a result, Defendant is liable to the Plaintiff for the full amount of statutory, actual and punitive damages, along with the attorneys' fees and the costs of litigation, as well as such further relief, as may be permitted by law.

WHEREFORE, Plaintiff seek judgment in Plaintiff's favor and damages against the Defendant based on the following requested relief:

a. Statutory damages;

b. Actual damages;

c. Punitive damages

d. Costs and reasonable attorney's fees pursuant to 15 U.S.C. §§1681n and 1681o; and

e. Such other and further relief as may be necessary, just and proper

Respectfully submitted,
By: /s/ A.J. Stecklein
A.J. Stecklein #16330
Michael Rapp #25702
Brian Johnson #26934
Stecklein & Rapp
748 Ann Avenue
Kansas City, KS 66101
Telephone:   (913) 371-0727
Facsimile:
Email: aj@kcconsumerlawyer.com
           mr@kcconsumerlawyer.com
           bj@kcconsumerlawyer.com
Attorneys for Plaintiff