UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT KANSAS CITY

| | |
|---|---|
| KRISTI L. KILLMAN,<br><br>                    Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS INC.,<br><br>                    Defendant. | Case Number: 17-02040 CM/JPO |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendant file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff is Kristi L. Killman; Defendant is Experian Information Solutions, Inc.

2. On December 27, 2017, Plaintiff filed a Petition against Defendant in the District Court of Wyandotte County, Kansas.

3. On January 20, 2017, Defendant removed the case to the United States District Court for the District of Kansas (Doc. 1).

4. Plaintiff now moves to dismiss the lawsuit against Defendant.

5. Defendant agrees to the dismissal.

6. This case is not a class action.

7. A receiver has not been appointed in this case.

8. This case is not governed by any federal statute that requires a court order for dismissal of the case.

9. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

10. This dismissal is with prejudice to refiling.

11. Each party is to bear its own fees and costs.

        Respectfully submitted,

        By: /s/ A.J. Stecklein
        A.J. Stecklein #16330
        Michael H. Rapp #25702
        Stecklein & Rapp Chartered
        748 Ann Avenue
        Kansas City, Kansas 66101
        Telephone: 913-371-0727
        Facsimile: 913-371-0727
        Email: AJ@KCconsumerlawyer.com
              MR@KCconsumerlawyer.com
        Attorney for Plaintiffs

        By: /s/ Danne W. Webb
        Danne W. Webb #22312
        Andrea S. McMurtry #24746
        Horn Aylward & Bandy, LLC
        2600 Grand Boulevard, Suite 1100
        Kansas City, Missouri 64108
        Telephone: 816-421-0700
        Facsimile: 816-421-0899
        Email: dwebb@hab-law.com
              amcmurtry @hab-law.com

        and

        Laura Kolesar Gura, admitted *pro hac vice*
        Jones Day
        1420 Peachtree Street, NE, Suite 800
        Atlanta, Georgia 30309
        Telephone: 404-581-8980
        Email: lgura@jonesday.com
        Attorneys for Defendant Experian Information Solutions, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing was filed on August 24, 2017, using the District Court's CM/ECF electronic filing system, which will send notice to all counsel of record.

       /s/ A.J. Stecklein     
A.J. Stecklein #16330